# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruth Koster,<br><br>        Plaintiff,<br><br>v.<br><br>Glass Mountain Capital LLC, et al.,<br><br>        Defendants. | No. CV-14-01139-PHX-GMS<br><br>**ORDER** |

The Court has been advised that this case has settled (Doc. 8).

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice **within 60 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings and/or deadlines.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **September 8, 2014** without further leave of Court.

Dated this 8th day of July, 2014.

*A. Murray Snow*
G. Murray Snow
United States District Judge